

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2023

No. 04-23-00020-CV

Maria V. **BARBOSA**,
Appellant

v.

Cristina **GALAN**,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 16-10-0898-CVA
Honorable John D. Gabriel Jr., Judge Presiding

# O R D E R

The reporter's record was originally due January 10, 2023, but was not filed. Based on our records, it appears that there are two court reporters involved in this case: Cynthia D. Spicer and Julie Verastegui. On January 19, 2023, Ms. Spicer filed a notification of late record, stating that her volume of the reporter's record was not filed because appellant had failed to pay or make arrangements to pay the court reporter's fee for preparing the record and that appellant was not entitled to appeal without paying the fee. We therefore **ORDER** appellant to provide written proof to this court that either: (1) Ms. Spicer's fee has been paid or arrangements have been made to pay Ms. Spicer's fee; or (2) appellant is entitled to appeal without paying Ms. Spicer's fee **by February 9, 2023**. If appellant files written proof of payment as provided in this order, we **ORDER** Ms. Spicer to file her volume of the record within thirty days of the date of that filing.

On January 20, 2023, Ms. Verastegui filed a notification of late record stating that she did not learn of the appeal until January 9, 2023 and needed additional time to complete the record. On January 27, 2023, Ms. Verastegui filed an amended notification of late record, which stated that another court reporter—presumably Ms. Spicer—"covered the second day of the bench trial." Ms. Verastegui therefore requested an extension of time to file the record until March 19, 2023 "so [she] can file the entire record at the same time." After consideration, we **GRANT** Ms. Verastegui's request in part and **ORDER** Ms. Verastegui to file her volume of the reporter's record **by March 1, 2023**. We **DENY** Ms. Verastegui's request to extend her deadline until after the completion of Ms. Spicer's volume of the record.

If appellant does not provide written proof to this court that she has paid Ms. Spicer's fee as provided in this order, appellant's brief will be due thirty days after the filing of Ms. Verastegui's volume of the record, and the court will consider only those issues or points raised in appellant's brief that do not require Ms. Spicer's volume of the reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court